IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LACUNYA HODGES**, on behalf of
herself and all others similarly situated                                                  **PLAINTIFF**

**v.**                                                                               **CIVIL ACTION NO.: 4:25-cv-92-JDM-JMV**

**ADMINISTRATIVE SYSTEMS, INC., et. al.**                                  **DEFENDANTS**

**AMENDED ORDER GRANTING IN PART AND DENYING IN PART MOTION TO LIFT STAY TO PROPOUND DISCOVERY AND TAKE DEPOSITIONS [Doc. 69] AND DENYING MOTION TO LIFT STAY TO SERVE SUBPOENAS [Doc. 73]**

This matter is before the Court *sua sponte* pursuant to Federal Rule of Civil Procedure 60(a)[1] to amend the undersigned's prior Order [Doc. 107], entered on January 20, 2026, granting in part and denying in part motion to lift stay to propound discovery and take depositions [Doc. 69] and denying motion to lift stay to serve subpoenas [Doc. 73]. In the permitted limited discovery, it was the Court's intention to include, as an initial step, only the interrogatories and requests for production to the Louisiana Defendants that were specifically addressed by Plaintiff in her supplemental briefing. *See* [Doc. 98]. The Court has been made aware that while Interrogatory No. 3 was not specifically addressed by Plaintiff in her supplemental brief, Interrogatory No. 3 was inadvertently bolded as permitted discovery upon the Louisiana Defendants in the undersigned's Order. [Doc. 107] at 18. Accordingly, the Court's Order [Doc. 107] is hereby amended to remove the bold typeface on Interrogatory No. 3 on page 18, as such was not intended to be permitted discovery upon the Louisiana Defendants at this juncture.

---

[1] Federal Rule of Civil Procedure 60(a) provides that "[t]he Court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The Court may do so on motion or on its own, with or without notice."

**SO ORDERED** this, the 5th day of February, 2026.

                                              */s/ Jane M. Virden*
                                              **UNITED STATES MAGISTRATE JUDGE**